STATE OF NEW JERSEY v. 1979 PONTIAC TRANS AM, COLOR GREY, NEW JERSEY REGISTRATION NO. 223–PYX, SERIAL NO. 2W87K9N191373.

March 13, 1984.

Petition for certification granted.

STATE OF NEW JERSEY v. JEROME FITZPATRICK.

March 13, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. GEORGE LEE POWELL, JR.

March 13, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT BOBBY STANCIL.

March 13, 1984.

Petition for certification denied.